1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant MIGUEL GOMEZ-VELASCO

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>         Plaintiff,                )<br>                                   )<br>    v.                             )<br>                                   )<br> MIGUEL GOMEZ-VELASCO,             )<br>                                   )<br>         Defendant.                )<br>                                   )<br>_____) | No.  CR 10-0280 MHP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS DATE FROM APRIL 26, 2010 TO MAY 3, 2010 AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

    The parties are scheduled to appear before this Court for their initial appearance in district court on April 26, 2010 at 10:00 a.m.  As defense counsel is unavailable on that morning, she requests that the matter be continued by one week to May 3, 2010.  This continuance will not cause any delay in the case, as defense counsel is currently in the process of reviewing discovery and meeting with her client in any event.  Government counsel has no objection to this request.

    The parties also agree that the time between April 26, 2010 and May 3, 2010 should be excluded under the Speedy Trial Act.  The continuance is necessary in order to ensure defendant continuity of counsel and for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and as such, the ends of justice served by granting such a continuance outweigh the

STIP. & ORDER
No. CR 10-0280 MHP                                    - 1 -

best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

DATED: April 19, 2010              /s/
                                  CYNTHIA FREY
                                  Assistant United States Attorney

DATED: April 19, 2010              /s/
                                  SHAWN HALBERT
                                  Assistant Federal Public Defender

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the continuance of time for the next hearing before this court from April 26, 2010 to May 3, 2010 is warranted and finds that the time between April 26, 2010 and May 3, 2010 should be excluded under the Speedy Trial Act because the failure to grant the requested continuance would deny the defense continuity of counsel as well as effective preparation of counsel; thus, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

SO ORDERED.

DATED: 4/20/2010                                                
                                        THE HON. MARILYN H. PATEL
                                        United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Marilyn H. Patel]*