BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant MIGUEL GOMEZ-VELASCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 10-0280 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING COURT DATE FROM MAY 17, 2010 TO JUNE 28, 2010 AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| MIGUEL GOMEZ-VELASCO, | |
| Defendant. | |

The parties are scheduled to appear before this Court on May 17, 2010 at 10:00 a.m.  The defense requests that the matter be continued so that she can review discovery and the plea agreement with her client.  Based on the schedule of undersigned defense counsel and the Court, undersigned defense counsel requests that the matter be continued to June 28, 2010 or some date thereafter convenient to the Court for change of plea.  The government has no objection to this request.

The parties also agree that the time between May 17, 2010 and June 28, 2010 should be excluded under the Speedy Trial Act.  The continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of

STIP. & ORDER
No. CR 10-0280 MHP                                                  - 1 -

justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: May 14, 2010           /s/
CYNTHIA FREY
Assistant United States Attorney

DATED: May 14, 2010           /s/
SHAWN HALBERT
Assistant Federal Public Defender

**ORDER**

For the reasons stated above, the Court finds that the continuance of time for the next hearing before this Court from May 17, 2010 to June 28, 2010 is warranted. Further, the Court finds that an exclusion of time under the Speedy Trial Act between May 17, 2010 and June 28, 2010 is appropriate because the failure to grant the requested continuance would deny the defense effective preparation of counsel and continuity of counsel; thus, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

SO ORDERED.

DATED: 5/14/2010

THE HONORABLE MARILYN H. PATEL
United States

*IT IS SO ORDERED
Judge Marilyn H. Patel*

STIP. & ORDER
No. CR 10-0280 MHP                                            - 2 -