BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant MIGUEL GOMEZ-VELASCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 10-0280 MHP |
| ) | STIPULATION AND [PROPOSED] |
| Plaintiff, ) | ORDER CONTINUING COURT DATE |
| ) | FROM JUNE 28, 2010 TO JULY 12, |
| v. ) | 2010 AND EXCLUDING TIME |
| ) | UNDER 18 U.S.C. § 3161 |
| MIGUEL GOMEZ-VELASCO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties are scheduled to appear before this Court on June 28, 2010 at 10:00 a.m.  The parties have reached an agreement, which the government will provide to the defense and which undersigned defense counsel will need to review with her client at a contact visit the jail with an interpreter.  In order to have adequate time to accomplish the above, the parties request that the matter be continued to July 12, 2010 or the next date that is convenient to the Court for change of plea.  The parties also agree that the time between June 28, 2010 and July 12, 2010 should be excluded under the Speedy Trial Act.  The continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the

1 | defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2 | SO STIPULATED:

3 |                 JOSEPH P. RUSSONIELLO
                United States Attorney

DATED: June 23, 2010           /s/
                CYNTHIA FREY
                Assistant United States Attorney

DATED: June 23, 2010           /s/
                SHAWN HALBERT
                Assistant Federal Public Defender

**ORDER**

For the reasons stated above, the Court finds that the continuance of time for the next hearing before this Court from June 28, 2010 to July 12, 2010 is warranted.  Further, the Court finds that an exclusion of time under the Speedy Trial Act between June 28, 2010 and July 12, 2010 is appropriate because the failure to grant the requested continuance would deny the defense effective preparation of counsel; thus, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

SO ORDERED.

DATED:  June 24, 2010

THE HONORABLE MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIP. & ORDER
No. CR 10-0280 MHP       - 2 -